No. D–889.  IN RE DISBARMENT OF MAZUR.  It is ordered that Jack Martin Mazur, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1296.  OKLAHOMA NATURAL GAS CO. v. WILLIAMS NATURAL GAS CO. ET AL.  C. A. 10th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–1303.  RESERVE LIFE INSURANCE CO. v. EICHENSEER.  C. A. 5th Cir.  Motion of Aetna Casualty & Surety Co. for leave to file a brief as amicus curiae granted.

No. 89–6892.  IN RE STELTEN.  Petition for writ of habeas corpus denied.

No. 89–1279.  PACIFIC MUTUAL LIFE INSURANCE CO. v. HASLIP ET AL.  Sup. Ct. Ala.  Certiorari granted.

No. 89–46.  WOOD ET AL. v. GENERAL MOTORS CORP.  C. A. 1st Cir.  Certiorari denied.

No. 89–279.  KITTS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KITTS v. GENERAL MOTORS CORP.  C. A. 10th Cir.  Certiorari denied.

No. 89–459.  DELTA AIR LINES, INC. v. ASSOCIATION OF FLIGHT ATTENDANTS, AFL–CIO.  C. A. D. C. Cir.  Certiorari denied.

No. 89–778.  HOLLANDER v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 89–852.  TAYLOR ET AL. v. GENERAL MOTORS CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.